UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

RICHARD FORMICA, et al.,

    Plaintiffs,

vs.

DONALD H. ROWE, et al.,

    Defendants.

Civil Action No.: 10-921 (PGS)

**ORDER**

This matter comes before the Court on Defendants Donald H. Rowe, et al.'s (collectively, "Defendants") motion to dismiss, or in the alternative, to transfer venue to the Middle District of Florida ("Defendants' Motion"). The Court, having reviewed the parties' submissions and for the reasons set forth on the record on March 9, 2011,

IT IS on this 9th day of March 2011,

ORDERED that Defendants' Motion (Docket Entry 27) is granted in part with respect to Defendants' motion to transfer venue; and

ORDERED that the case is transferred to the United States District Court for the Middle District of California.

                                                                             _____
                                                                             PETER G. SHERIDAN, U.S.D.J.